**FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY.**

No. 47146.

April 1, 1964.

In re: Firemen's Insurance Company of Newark, New Jersey, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 159 So.2d 753.

Writ refused. On the facts found by the Court of Appeal, the result reached by the Court of Appeal is correct.

McCALEB, HAMLIN, and SUMMERS, JJ., are of the opinion that a writ should be granted.

162 So.2d 13

**STATE of Louisiana, through the DEPART-MENT OF HIGHWAYS,**

v.

**S. Allan NORRIS.**

No. 47179.

April 1, 1964.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Lincoln. 160 So.2d 255.

Writ refused. No error of law under the facts found by the Court of Appeal.

162 So.2d 14

**Margaret HASSLOCHER et al.**

v.

**Leo D. RECKNAGEL et al.**

No. 47180.

April 1, 1964.

In re: Margaret Hasslocher and Germano Hasslocher applying for certiorari, or writ of review, to the Court of Appeal,

Second Circuit, Parish of DeSoto. 160 So. 2d 421.

Writ refused. The result is correct.